UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ANTHONY J. NATA, SR.          *          CIVIL ACTION _____
                              *
VERSUS                        *          SECTION _____
                              *
HOME DEPOT U.S.A., INC.       *          MAGISTRATE _____
                              *
***************************************

## <u>COMPLAINT</u>

NOW INTO COURT, through undersigned counsel, comes your plaintiff, ANTHONY J. NATA, SR., a person of the full age of majority and domiciliary of Jefferson Parish, State of Louisiana, who respectfully avers the following to-wit:

1.

Plaintiff brings this cause of action pursuant to the laws of the State of Louisiana including but not limited to La. Civil Code Art. 2315, 2316, 2317, 2317.1 and 2320, et seq.

2.

Jurisdiction is founded on 28 U.S.C. §1332 as there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00.

3.

Venue is proper under 28 U.S.C. §1391(a)(1) as the defendant resides in the Eastern District of Louisiana according to application of 28 U.S.C. §1391(c) since the defendant is subject to personal jurisdiction within this district.

-1-

4.

Named defendant is Home Depot U.S.A., Inc. (hereinafter Home Depot), a foreign corporation (Delaware); with its home/main office in Atlanta, Georgia and authorized to do and doing business within this state and within the jurisdiction of this Honorable Court, which is engaged in the business of a retail outlet allowing customers to purchase lumber as well as other materials for construction and renovation of homes and businesses.

5.

On or about February 3, 2010, plaintiff, ANTHONY J. NATA, SR., who was in the course and scope of employment with his Employer, Westlawn,  was a customer at the defendant's store located in Jefferson Parish, Louisiana at Stumpf Boulevard and the Westbank Expressway.  While in the defendant's store, plaintiff was attempting to purchase lumber, the defendant's lumber being stacked in an overhead  rack with pins. As plaintiff was viewing the tag attached to the metal rack to find out the length of a piece of lumber, suddenly and without warning the lumber from the rack overhead fell, causing plaintiff to be injured and knocking him to the ground.  Plaintiff's damages are a direct result of the negligence of the defendant and/or the liability of their store employees as set forth below.

6.

Negligence and fault is attributable to the defendant, Home Depot U.S.A., Inc., their employees and assigns based upon the following non-exclusive listing:

a.      Failing to stack safely, shelve and/or display the lumber on the overhead racks properly;

b.      Failing to use/set the metal pins on said metal racks which would have kept the lumber from falling down;

c.      Failing to have the lumber in the overhead racks strapped;

d.      Failing to adequately inspect/check the stacks of lumber to ensure the merchandise was stacked safely when they knew purchasers would be standing near or under;

e.      Failing to adequately train and/or otherwise supervise and/or exercise the degree of care of its personnel in the performance of their duties which would have led to the discovery of the hazard(s);

f.      Violating their own policies wherein stacked lumber on the overhead metal racks is to be both strapped and/or pinned to make sure that the stacked lumber does not fall down onto customers/ invitees;

g.      In allowing a premises hazard to exist on its premises which it knew or should have known created an unreasonably dangerous condition;

h.      Any and all other negligence or fault made known during discovery or prior to the trial of this matter.

7.

As a result of the defendant's negligence and/or unsafe practices and/or defective overhead racks and fault, plaintiff sustained injuries including but not limited to being hit in the head  and body with a number of pieces of lumber causing him to be knocked to the ground including receiving numerous bruises, contusions, a hickey, resulting headaches, possible injuries to his brain, closed head injury, lacerations and bruises to his arm and

other areas of his body, as well as damages to the ligaments, discs which may be herniated in his neck and back, as well as other medical injuries to be set forth by his physicians.

8.

Plaintiff still has continuing headaches for which he takes medication at this time and for the foreseeable future. Plaintiff is still under the care of his physicians. All of said treatment and medical tests are attributable to this incident.

9.

As a result of the above and foregoing negligent acts and/or omissions and fault of your defendant, plaintiff Anthony J. Nata, Sr. has suffered severe and disabling physical and mental injuries and seeks monetary damages for the following:

    a.    Past and future physical pain and suffering;

    b.    Past and future mental anguish, emotional pain and suffering;

    c.    Past and future medical expenses;

    d.    Past and future lost wages;

    e.    Future loss of earning capacity;

    f.    Loss of enjoyment of life;

    g.    Any additional damages to be shown at the trial of this matter.

10.

Plaintiff was not at fault in causing this incident or the resulting damages.

**WHEREFORE**, your plaintiff Anthony J. Nata, Sr. prays for judgment herein and against your defendant Home Depot U.S.A., Inc. and that the defendant be duly cited and

served with a copy of this Complaint, that they be cited to appear and answer same within the delays allowed by law, and that after all due proceedings are had, that there be judgment rendered herein in favor of plaintiff Anthony J. Nata, Sr. and against your defendant Home Depot U.S.A., Inc. in an amount to be determined by the trier of fact in this matter, plus interest from the date of judicial demand, expert costs, and all other costs of these proceedings, and for all other general and equitable relief.

RESPECTFULLY SUBMITTED:

GAUDRY, RANSON,
HIGGINS & GREMILLION, L.L.C.

*S/ Gregory G. Gremillion*

_____

GREGORY G. GREMILLION, T.A. (#6299)
DARYL A. HIGGINS (#6868)
OAKWOOD CORPORATE CENTER
401 WHITNEY AVENUE, SUITE 500
GRETNA, LA 70056
P.O. BOX 1910
GRETNA, LA 70054-1910
(504) 362-2466    Fax: (504) 362-5938
E-mail:   Ggremillion@grhg.net
E-mail:   Dhiggins@grhg.net
Attorneys for plaintiff
Anthony J. Nata, Sr.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th   Day of January, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.  Service of the Complaint and Summons will be in accordance with the Federal Rules of Civil Procedure.

*S/ Gregory G. Gremillion*

_____

GREGORY G. GREMILLION

G:\3487\PLEADINGS\Complaint.wpd